UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DALE MITCHELL,

        Plaintiff,

   v.

HAROLD CLARK, *et al.*,

        Defendants.

Case No. C07-5144RBL

ORDER TO TRANSFER MATTER TO E.D. OF WASHINGTON

    Plaintiff's complaint filed pursuant to 42 U.S.C. § 1983 alleges violation of his constitutional or federal rights based on the allegation that he has been denied his due process rights when he challenged an infraction he received on or about June 14, 2006. Plaintiff also alleges he has been denied religious freedoms protected by federal laws. All specific allegations arose while Plaintiff was in custody at the Airway Heights Correction Center near Spokane, Washington. .

    Plaintiff names several individuals, including Dean Mason, Daniel Williams, and Harold Clarke, who maintain their Department of Corrections' office in Thurston County, Washington. However, the court notes that each of these individuals would be subject to summary dismissal from the lawsuit based on Monell v. New York City Dept. of Social Services, 436 U.S. 658, 694 n.58 (1978)(a defendant cannot be held liable under 42 U.S.C. § 1983 solely on the basis of supervisory responsibility or position), and Padway v. Palches, 665 F.2d 965 (9th Cir. 1982)(a theory of *respondeat superior* is not sufficient to state a § 1983 claim). Each of the above named individuals are named as a defendant based on Plaintiffs

ORDER
Page - 1

allegations that they hold a supervisory role in overseeing the implementation of the grievance program and/or the religious policies of the Department of Corrections.

Plaintiff has clearly filed this action in the wrong district. The Complaint clearly challenges conditions of confinement while plaintiff was housed in the Airway Heights Correction Center. Plaintiff names several defendants, including Maggie Miller-Stout, Robert Herzog, Archie Grant, and Renate Archer, who are employed at the Airway Heights facility, and who may have personally participated in the alleged acts.

Accordingly, this matter should have been filed with the United States District Court for the Eastern District of Washington, and it should be transferred there pursuant to 28 U.S.C. § 1391(b).

The Clerk is directed to send a copy of this Order to plaintiff, and to send the Complaint and all documents in support, along with a copy of this Order, to the District Court Clerk for the Eastern District of Washington.

DATED this 6th day of April, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry this
2nd day of April, 2007.

*J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2